```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

**JUSTIN CARTER**                                              **PLAINTIFF**

**v.**                        **Civil No. 10-3019**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                             **DEFENDANT**

**O R D E R**

Now on this 28th day of February, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 9) to which no objections have been filed. The Court, being well and sufficiently advised, finds that said Report and Recommendation is sound and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** should be, and it hereby is, **adopted *in toto*;**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the denial of benefits to the plaintiff is hereby **REVERSED** and this matter is hereby **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

                                    **/s/Jimm Larry Hendren**
                                    **HON. JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**