```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 HARRISON DIVISION
```

**JUSTIN CARTER**                                                **PLAINTIFF**

**v.**                       **Civil No. 10-3019**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                              **DEFENDANT**

### O R D E R

Now on this 1st day of November, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 17) to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Court finds that plaintiff's **Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act** (Doc. 11) should be, and it hereby is, **granted.**

**IT IS FURTHER ORDERED** that plaintiff's counsel should be awarded compensation under the EAJA for: 17.8 hours at a rate of $125.00 per hour, for a total attorney's fee award of $2,225.00, plus the filing fee of $350.00 as expenses, for a total award of $2,575.0. This amount should be paid in addition to, and not out

of, any past due benefits which plaintiff may be awarded in the future.

    **IT IS SO ORDERED.**

                                            **/s/Jimm Larry Hendren**
                                            **HON. JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**